IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICHOLE L. HAJEK,<br><br>      Plaintiff,<br>vs.<br><br>BECTON DICKINSON & COMPANY, A Domesticated Corporation;<br><br>      Defendant. | 8:20-CV-112<br><br>**ORDER** |

  This matter is before the Court on Plaintiff's Dismissal (Filing 14). Plaintiff requests dismissal without prejudice at her own cost. Filing 14. Federal Rule of Civil Procedure 41(a)(1)(A) allows a plaintiff to dismiss an action by filing "(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Alternatively, a plaintiff may file a motion to dismiss which the court may grant on terms it considers proper. Fed. R. Civ. P. 41(a)(2).

  Plaintiff's Dismissal was not signed by Defendant, *see* Filing 14, and Defendant filed its Answer on April 1, 2020, well before Plaintiff filed her Dismissal. *See* Filing 4. Thus, Rule 41(a)(1)(A) is inapplicable. Similarly, Plaintiff's Dismissal is a notice of dismissal and not a motion under Rule 41(a)(2). Accordingly, Plaintiff's Dismissal is improper. If Plaintiff seeks to dismiss this action, she must comply with Federal Rule of Civil Procedure 41 by filing either a proper motion to dismiss or a joint stipulation of dismissal.

  IT IS ORDERED:

  1. Plaintiff's Dismissal (Filing 14) is denied.

Dated this 5th day of June, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge